■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NAPOLEON GLENN, Appellant. [804 NYS2d 925]—Appeal by the defendant from an order of the County Court, Suffolk County (Hinrichs, J.), dated March 24, 2004, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court's determination designating him a level two sex offender was supported by clear and convincing evidence, and therefore should not be disturbed (*see* Correction Law § 168-n [3]; *People v Hurst*, 19 AD3d 1165, 1166 [2005], *lv denied* 5 NY3d 709 [2005]; *People v Thomas*, 307 AD2d 759,760 [2003]). Schmidt, J.P., Adams, Luciano and Covello, JJ., concur.